

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abebe Mengistu | **Civil Action No.** 25-cv-03812-AGS-MSB |
| **Petitioner**<br>V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Respondent.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

On January 30, 2026, the Court held a hearing. For the reasons stated on the record, the petition for habeas corpus (ECF 1) is denied.  The case is hereby closed.

Date: _____2/6/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Fujita _____

M. Fujita, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-03812-AGS-MSB

Respondents:

Patrick Divver
Field Office Director of Enforcement and Removal Operations, San
Diego Field Office, Immigration and Customs Enforcement

Kristi Noem
Secretary, U.S. Department of Homeland Security; U.S. Department of
Homeland Security

Pamela Bondi
U.S. Attorney General; Executive Officer for Immigration Review

Christopher J. Larose
Warden of Otay Mesa Detention Center